**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Cesar SOLANO–HERNANDEZ, Defendant–Appellant.**

**No. 06–30424.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 4, 2010.

Russell E. Smoot, Esq., USSP—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Lana C. Glenn, Esq., Law Offices of Lana C. Glenn, Spokane, WA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and FISHER, Circuit Judges.

## MEMORANDUM **

Cesar Solano–Hernandez appeals from the 135–month sentence imposed following his guilty-plea conviction for distribution of 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Solano–Hernandez contends that the district court abused its discretion when it failed to grant his request for a downward departure, pursuant to U.S.S.G. § 4A1.3(b), based on his argument that his Criminal History Category overrepresented his prior convictions. We review the overall sentence for reasonableness. *See United States v. Dallman,* 533 F.3d 755, 761 (9th Cir.2008). In light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, the sentence is reasonable. *See United States v. Carty,* 520 F.3d 984, 993 (9th Cir.2008) (en banc).

**AFFIRMED.**